IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 96.225.77.82

**ISP:** Verizon Internet Services
**Physical Location:** Bayonne, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/26/2018 23:37:01 | 983C0248235B4AC239F126947EB194068A914603 | Love Burns Again |
| 08/26/2018 22:56:40 | 2BB3542AEE656BF5EDE1C26AFC0FA39BB9A419F7 | Would You Fuck My Girlfriend |
| 08/14/2018 23:09:35 | B198F375167D013B71083DEE646A17D990D51A10 | Red Hot Christmas |
| 04/05/2018 01:01:32 | 507D295A735F5464F4C3DB79DC495B3077D31578 | Piano Concerto |

**Total Statutory Claims Against Defendant: 4**

EXHIBIT A

CNJ739