**Copyrights-In-Suit for IP Address 96.225.77.82**

**ISP:** Verizon Internet Services
**Location:** Bayonne, NJ

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|-------|---------------------|---------------------------|-------------------|---------------------|
| Love Burns Again | PA0002093283 | 10/06/2017 | 11/07/2017 | 08/26/2018 |
| Would You Fuck My Girlfriend | PA0002094797 | 11/10/2017 | 11/28/2017 | 08/26/2018 |
| Red Hot Christmas | PA0002097531 | 12/23/2017 | 01/03/2018 | 08/14/2018 |
| Piano Concerto | PA0002086118 | 09/15/2017 | 10/11/2017 | 04/05/2018 |

**Total Malibu Media, LLC Copyrights Infringed:  4**

EXHIBIT B

CNJ739