# PATRICK J. CERILLO, LLC
## ATTORNEY AT LAW
4 WALTER FORAN BLVD
SUITE 402
FLEMINGTON, NJ 08822

PATRICK J. CERILLO*, Esq.  
*Qualified Family Mediator per R. 1:40

VOICE: (908) 284-0997  
FAX: (908) 284-0915  
pjcerillolaw@comcast.net

January 25, 2019

Honorable Judge Susan D. Wigenton  
Martin Luther King Building & U.S. Courthouse  
50 Walnut Street, Room 4015  
Newark, NJ 07101

**Re:** **Malibu Media, LLC v. John Doe Subscriber assigned IP Address 96.225.77.82; Case No. 2:18-cv-11162-SDW-SCM**

Honorable Judge Wigenton:

This firm represents the Plaintiff, Malibu Media, LLC, in the above referenced matter. As Plaintiff has filed its Amended Complaint naming Defendant with specificity, Plaintiff would like to request issuance of summons for the following individual:

John Reyes  
574-B Ave E,  
Bayonne, NJ 07002

A summons including Mr. Reyes's information is attached hereto as Exhibit "A."

Dated: January 25, 2019

Respectfully submitted,

By:   /s/ *Patrick J. Cerillo*  
Patrick J. Cerillo, Esq.  
Patrick J. Cerillo, LLC  
4 Walter E. Foran Blvd.,  
Suite 402  
Flemington, NJ 08822  
Attorney ID No. 01481-1980  
T: (908) 284-0997  
F: (908) 284-0915  
pjcerillolaw@comcast.net  
*Attorneys for Plaintiff*